Commonwealth *v.* Hopkins, Appellant.

 Submitted March 19, 1973. *Ronald J. Brockington,* for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Jackson, Appellant.

 Submitted March 19, 1973. *Robert Stein* and *Jonathan Miller,* Assistant Defenders, and *Vincent J. Ziccardi,* Defender for appellant; *James T. Ranney* and *Milton M. Stein,* Assistant District Attorneys, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.